

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

### No. 07-13-00309-CR
_____

### KENNETH DUNN, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

On Appeal from the 364th District Court
Lubbock County, Texas
Trial Court No. 2012-433,892; Honorable Bradley S. Underwood, Presiding

May 21, 2014

## MEMORANDUM OPINION

### Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is a *Motion to Dismiss Appeal* filed by Appellant, Kenneth Dunn, in which he moves to withdraw his notice of appeal and dismiss this appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice

Do not publish.